## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDERICK L. IRONS,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 02-CV-724-DRH** |
| vs. ) | |
| ) | **CRIMINAL NO. 99-CR-30022** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

### ORDER

**HERNDON, District Judge:**

Now pending before the Court is Petitioner's motion requesting an update on the status of his motion to alter or amend judgment (Doc. 37). The Court has now entered an order denying that motion (Doc. 38). As such, Petitioner's motion for status (Doc. 37) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED: June 14, 2006**

/s/   David   RHerndon
**DISTRICT JUDGE**